```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.G. WENTWORTH ORIGINATIONS, LLC and
BRANINE JACKSON,

                       Petitioners,

-against-

FIRST SYMETRA NATIONAL LIFE
INSURANCE COMPANY OF NEW YORK and
SYMETRA ASSIGNED BENEFITS SERVICE
COMPANY,

                       Respondents.

23 Civ. 3230 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On April 27, 2023, Petitioners filed a petition requesting the Court enter an order permitting the application for the transfer of structured settlement payments to proceed in Pennsylvania state court. ECF No. 7. Accordingly, it is ORDERED that:

1. By **June 8, 2023**, Petitioners shall file and serve any additional materials with which they intend to support the petition, including a memorandum of law, the compromise order, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;

2. By **June 29, 2023**, Respondents shall file their opposition papers; and

3. By **July 13, 2023**, Petitioners shall file and serve their reply, if any.

      IT IS FURTHER ORDERED that by **May 18, 2023**, Petitioners shall serve a copy of the petition and this order upon Respondents by personal service on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. § 311, and upon the secretary of state, pursuant to N.Y. Bus. Corp. Law § 306. By **June 8, 2023**, Petitioners shall file an affidavit of such service.

      SO ORDERED.

Dated: May 4, 2023
       New York, New York

                                                         ANALISA TORRES
                                                  United States District Judge